IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

In Re: DEAN A. GUTIERREZ, SR.   §   BANKRUPTCY NO: 16-70482
                                §   Chapter 13

**DEBTOR'S CERTIFICATION OF NO PAYMENT ADVICES**

My name is Dean A. Gutierrez, Sr. I am a debtor in this bankruptcy case. I declare that I did not receive any payment advices or other evidence of payment from any employer during the 60 days before the date of the filing of the bankruptcy petition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 29, 2016.

/s/ Dean A. Gutierrez, Sr.
Dean A. Gutierrez, Sr.
*Debtor*