

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

ENTERED
12/02/2016

| | | |
|---|---|---|
| In Re: | § | BANKRUPTCY NO: 16-70482-M-13 |
| DEAN A. GUTIERREZ, SR. | § | |
| | § | |
| | § | Chapter 13 |

ORDER TO ALLOW EXTENSION OF TIME IN WHICH TO FILE
CHAPTER 13 PLAN AND FORM 122C: DISPOSABLE INCOME (CH. 13), CURRENT
MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE
INCOME, IN CHAPTER 13 CASE

The Motion to Extend Time in Which to File Chapter 13 Plan and Form 122c: Disposable Income (Ch. 13), Current Monthly Income And Calculation Of Commitment Period And Disposable Income, In Chapter 13 Case, duly comes before this Court.   The Court has considered the facts of the Debtor's motion and therefore it is;

ORDERED that Debtor Dean A. Gutierrez, Sr. be allowed an extension of time to complete Chapter 13 Plan and Form 122c: Disposable Income (Ch. 13), Current Monthly Income And Calculation Of Commitment Period And Disposable Income, In Chapter 13 Case and that these documents are due in court on or before: December 10, 2016.

Signed:  December 02, 2016

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge