IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| In Re: | § | BANKRUPTCY NO: 16-70482-M-13 |
| DEAN A. GUTIERREZ, SR. | § | |
| | § | |
| | § | Chapter 13 |

EXPEDITED MOTION TO SHORTEN RESPONSE TIME ON
MOTION TO CONVERT TO CHAPTER 11
<u>RULE 9013 NOTICE</u>

This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.
Represented parties should act through their attorney.

TO THE HONORABLE JUDGE OF SAID COURT:

     Debtor Dean Gutierrez, Sr. files this Expedited Motion to Shorten Response Time on the Expedited Motion to Convert to Chapter 11, and in support would show the following:

     1.    Concurrent with the filing of this motion, Debtor filed the expedited above-referenced motion. Debtor Gutierrez, Sr. requests that the Court shorten the response time on said Motion from twenty-one (21) days to three (3) days from the date of service; any objections to the motion shall be filed no later than 8:00 a.m. on January 13, 2017.

     2.    Debtor Gutierrez, Sr. requests that the matter to be considered expeditiously because the Chapter 13 Trustee has filed a motion to dismiss alleging that the Debtor does not qualify to prosecute a Chapter 13 case and the Debtor must obtain substitute counsel immediately, continue to prosecute his Chapter 11 case, file MORs, and file his appropriate Chapter 11 Plan of reorganization expeditiously.

WHEREFORE PREMISES CONSIDERED, Debtor Gutierrez, Sr. pray that the Court enter an Order shortening the response time on the motion to three (3) days, and that the Court grant any and all further relief to which they may show themselves justly entitled.

Dated: January 10, 2017.

Respectfully submitted,

Law Office of Antonio Martinez, Jr., P.C.

/s/ Antonio Martinez, Jr.
Antonio Martinez, Jr., Attorney for Debtor(s)
Bar No.: 24007607
317 Nolana St., Suite C
McAllen, Texas 78504
Phone: (956) 683-1090
E-Mail:
martinez.tony.jr@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on copy of the foregoing Motion to Shorten was served on the date that the Motion to Shorten was filed electronically. Service was accomplished by the method and to the following as indicated:

/s/ Antonio Martinez, Jr.

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

**DEBTORS:**
Dean A. Gutierrez, Sr. .
2610 Rosalee Dr.
Brownsville, Texas 78521

**U.S. TRUSTEE**
606 N. Carancahua Ste. 1107
Corpus Christi, TX 78401

Antonio Martinez, Jr.
317 W. Nolana Ave. Suite C
McAllen, TX 78504
*LEAD COUNSEL FOR DEBTOR*

and to all creditors on the attached matrix.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| In Re: | § | BANKRUPTCY NO: 16-70482-M-13 |
| **DEAN A. GUTIERREZ, SR.** | § | |
| | § | |
| | § | Chapter 13 |

## DECLARATION

COMES NOW Antonio Martinez, Jr., who declares under penalty of perjury as follows: "My name is Antonio Martinez, Jr.. I reside in Hidalgo County, Texas. I am over 18 years of age, am qualified and competent to make this declaration, have personal knowledge of the facts e stated herein, and state that each statement made herein is based on personal knowledge and is true and correct. I am an attorney licensed by the State of Texas and represent Dean Gutierrez, Sr. in Chapter 13 proceeding, Case No. 16-70482.

I, as counsel for the Debtor filed an *Expedited Motion to Shorten Response Time on the Expedited Motion to Convert, ("Motion")*. The Debtor requests the Court consider the Motion on an expedited manner because the Chapter 13 Trustee has filed a motion to dismiss alleging that the Debtor does not qualify to prosecute a Chapter 13 case and the Debtor must obtain substitute counsel immediately, continue to prosecute his Chapter 11 case, file MORs, and file his appropriate Chapter 11 Plan of reorganization expeditiously.

If the extension is not granted, the Debtor will be seriously and irreparable harmed, resulting in significant losses to the Debtor's estate and creditors.

Shortening the notice period will not prejudice any parties in interest.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 10, 2017.

s/ Antonio Martinez, Jr.<br>
Antonio Martinez, Jr.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-7<br>Case 16-70482<br>Southern District of Texas<br>McAllen<br>Mon Jan  9 17:28:27 CST 2017 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | United States Bankruptcy Court<br>1133 North Shoreline Blvd #208<br>Corpus Christi, TX 78401-2042 |
| Cameron County<br>c/o Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760-7428 | Christopher Lee Phillippe<br>248 Billy Mitchell Blvd.<br>Brownsville, TX 78521-5003 | E. Lee Zieger<br>12 Laguna Madre Dr.<br>Laguna Vista, Texas 78578-2602 |
| Harley Davidson Credit Corp.<br>Dept 15129<br>505 North Cumberland Ave., Ste 307<br>Chicago, IL 60656-1471 | Harley-Davidson Credit Corp.<br>PO Box 9013<br>Addison, Texas 75001-9013 | (p)HUNTER KELSEY OF TEXAS<br>3432 GREYSTONE DR<br>STE 100<br>AUSTIN TX 78731-2357 |
| Hyundai Capital America DBA<br>Hyundai Motor Finance<br>PO Box 20809<br>Fountain Valley, CA 92728-0809 | Hyundai Financial<br>P.O. Box 20829<br>Fountain Valley, CA 92728-0829 | INTERNAL REVENUE SERVICE<br>P O Box 7346<br>Philadelphia PA 19101-7346 |
| LACKS<br>Pharr, TX 78577 | Law Office of Antonio Martinez, Jr., P.C<br>409 Nolana St., Suite 4<br>McAllen, Texas 78504-3093 | Melissa Gutierrez<br>2610 Rosalee Ave.<br>Brownsville, TX 78521-2558 |
| Rio Bank<br>3401 Old Hwy 77<br>Brownsville, TX 78520-9844 | Santander Consumer USA Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Santander Financial<br>Dallas, Texas |
| TARGET CARD SERVICES<br>3901 West 53rd Street<br>Sioux Falls, SD 57106-4216 | Texas Workforce Commission<br>Regulatory Integrity Division - SAU<br>Room 556<br>101 E. 15th Street<br>Austin, TX 78778-0001 | US Trustee<br>606 N Carancahua<br>Corpus Christi, TX 78401-0680 |
| Antonio Martinez Jr<br>Attorney at Law<br>317 W. Nolana<br>Suite C<br>McAllen, TX 78504-1302 | Antonio Martinez Jr.<br>317 Nolana St.<br>Suite C<br>McAllen, TX 78504-1302 | Cindy Boudloche<br>Chapter 13 Trustee<br>555 N Carancahua<br>Ste 600<br>Corpus Christi, TX 78401-0823 |
| Dean Gutierrez Sr.<br>2610 Rosalee Ave.<br>Brownsville, TX 78521-2558 | Eldon Lee Zeiger<br>c/o Barry Benton<br>284 Ebony Ave.<br>Brownsville, TX 78520-8014 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Hunter Kelsey
3432 Greystone Dr.
Austin, Tx 78731
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Cameron County | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    25<br>Bypassed recipients     2<br>Total                  27 |