

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

ENTERED
01/13/2017

| In Re: | § | BANKRUPTCY NO: 16-70482-M-13 |
|---|---|---|
| DEAN A. GUTIERREZ, SR. | § | |
| | § | |
| | § | Chapter 13 |

## ORDER CONVERTING CASE TO CHAPTER 11

On this day came on for consideration the Debtor's Motion to Convert Chapter 13 Case to a Chapter 11 Case, and the Court is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED, that this Chapter 13 case is converted to one under Chapter 11 of the Bankruptcy Code.

IT IS FURTHER ORDERED that the Debtor shall file appropriate Chapter 11 schedules within fifteen (15) days of the entry of this order.

Signed: January 13, 2017

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge