

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

ENTERED
01/24/2017

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY NO. 16-70482 |
| DEAN GUTIERREZ, SR. | ) | |
| DEBTOR | ) | CHAPTER 13 |

### ORDER GRANTING ELDON LEE ZEIGER'S MOTION TO TRANSFER VENUE OF CASE

Eldon Lee Zeiger's Motion to Transfer Venue is GRANTED and it is ORDERED that all future hearings in this case will be held in the Brownsville Division.

Signed: January 24, 2017

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge